**Fill in this information to identify the case:**

Debtor 1: Dorothy M. Courtney; aka Dorothy Marie Courtney

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Western District of Louisiana
(State)

Case number: 17-10213

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** U.S. Bank National Association not in its individual capacity but solely as Legal Title Trustee for RMTP Trust, Series 2021 BKM-TT-V

**Court claim no.** (if known): 5-1

**Last 4 digits** of any number you use to identify the debtor's account: 2 3 2 2

**Property address:** 2853 Alkay Dr
Number   Street

Shreveport   LA   71118
City   State   ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 04/01/2022
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due: (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding: + (b) $ _____

c. **Total**. Add lines a and b. (c) $ 0

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: ___/___/___
MM / DD / YYYY

| Debtor 1 | Dorothy | M. | Courtney | Case number (*if known*) 17-10213 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✘ /s/ Herschel C. Adcock, Jr., LBRN 17903         Date 03/31/2022
Signature

Print: Herschel C. Adcock, Jr.         Title: Attorney of Record

Company: The Law Offices of Herschel C. Adcock, Jr., LLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: P.O. Box 87379
Baton Rouge, LA 70879

Contact phone (225) 756–0373         Email: acook@hca.law

| | |
|---|---|
| IN RE: DOROTHY M. COURTNEY<br>AKA DOROTHY MARIE COURTNEY | CASE NO. 17-10213 |
| DEBTOR | CHAPTER 13 |

## CERTIFICATE OF SERVICE

I, Herschel C. Adcock, Jr., hereby certify that on the 31st day of March, 2022 did cause this **Response to Notice of Final Cure Payment** to be delivered to all interested parties of record described below by the following method:

*Placing a copy in the US mail, properly addressed & postage prepaid.*

**Dorothy M. Courtney**
**aka Dorothy Marie Courtney**
2853 Alkay Drive
Shreveport, LA 71118-7000

*Confirming that the Clerk of Court has transmitted, or by personally transmitting a copy of this pleading by attaching it in PDF format to electronic mail that was sent to the appropriate email address identified by the interested party.*

**Michele S. Cook;** Attorney for Debtor(s)
michelelaw@cook4law.com

**Todd Johns;** Chapter 13 Trustee
ecf@shrevech13.com

**U.S. Trustee;** Office of U. S. Trustee
USTPRegion05.SH.ECF@usdoj.gov

Baton Rouge, Louisiana, the 31st day of March, 2022.

BY: /S/ HERSCHEL C. ADCOCK, JR.
     HERSCHEL C. ADCOCK, JR.